IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NUMBER 3:06cr10TSL-JCS**

**ROBERTA MAYES and
PAULA MAYES**  **DEFENDANTS**

## ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the Defendants, **ROBERTA MAYES** and **PAULA MAYES**, without prejudice.

        DUNN LAMPTON
        UNITED STATES ATTORNEY

By:    /s/ H. Colby Lane
        H. COLBY LANE

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 7th day of March, 2006.

        /s/ Tom S. Lee
        **UNITED STATES DISTRICT COURT JUDGE**